| | |
|---|---|
| 1 | MICHELLE D. KAHN (SB# 124528) |
|   | MICHELLE J. HIRTH (SB# 200024) |
| 2 | CRAIG A. PINEDO (SB# 191337) |
|   | KIRSTEN L. TECHEL (SB# 228636) |
| 3 | SHEPPARD, MULLIN, RICHTEN & HAMPTON LLP |
|   | Four Embarcadero Center, 17th Floor |
| 4 | San Francisco, California 94111-4106 |
|   | Telephone: (415) 434-9100 |
| 5 | Facsimile: (415) 434-3947 |

Attorneys for Plaintiff

ROBERT L. SHERMAN (*admitted pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022-3205
Telephone: (212) 318-6000
Facsimile: (212) 318-6847

KEVIN MCCANN (SB# 120847)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 10/5/05*

| | |
|---|---|
| Bare Escentuals, Inc., | CASE NO. C 04-0173 RMW |
| Plaintiff, | **STIPULATION TO AMEND CAPTION** |
| vs. | |
| L'Oréal USA, Inc., Lancôme, a Division of L'Oréal USA, Inc., and Lancôme Parfums et Beaute & Cie, | |
| Defendant. | |

WHEREAS Lâncome Parfums et Beaute & Cie moved to be dismissed from this action on the ground that this court lacks personal jurisdiction over it; and

---

Case No. C 04-0173 RMW  STIPULATION TO AMEND CAPTION
NY55/478408.1

WHEREAS L'Oréal USA, Inc., Lancôme, and Lancôme Parfums et Beaute & Cie (collectively, "Lancôme") and Bare Escentuals, Inc. ("Bare Escentuals") agreed to stipulate to the dismissal of Lancôme Parfums et Beaute & Cie from the action.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that the caption be amended to read as follows and is to be used on all future pleadings and documents submitted to the court.

BARE ESCENTUALS, INC.,

      Plaintiffs,

  v.

L'ORÉAL USA, INC. and its LANCÔME Division,

      Defendants.

Case No. C 04-0173 RMW

PAUL, HASTINGS,
JANOFSKY & WALKER LLP

By: _____
  Robert L. Sherman
  Attorneys for Defendant
  L'ORÉAL USA, INC. and
  its LANCÔME Division

SHEPPARD, MULLIN,
RICHTEN & HAMPTON LLP

By: _____
  Michelle J. Hirth
  Attorneys for Plaintiff
  BARE ESCENTUALS, INC.

SO ORDERED.

Dated: 10/5/05

/S/ RONALD M. WHYTE
_____
Hon. Ronald M. Whyte
United States District Court Judge