```
 1  WINSTON & STRAWN LLP
    Andrew P. Bridges (SBN: 122761)
 2  Jennifer A. Golinveaux (SBN: 203056)
    101 California Street, Suite 3900
 3  San Francisco, CA  94111-5894
    Telephone:    415-591-1000
 4  Facsimile:    415-591-1400

 5  Attorneys for Plaintiff
    BARE ESCENTUALS, INC.
 6

 7
```

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11                                                    *E-FILED - 2/13/06*

| | |
|---|---|
| 12  BARE ESCENTUALS, INC., a California Corporation, | ) Case No. C 04-0173 RMW |
| 13                     Plaintiff, | ) NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF BARE ESCENTUALS, INC. |
| 14             v. | ) |
| 15  L'OREAL USA, INC. and its LANCOME DIVISION, | ) ORDER |
| 17                     Defendant. | ) |

19          PLEASE TAKE NOTICE that Plaintiff BARE ESCENTUALS, INC. hereby

20  substitutes Andrew P. Bridges and Jennifer A. Golinveaux of Winston & Strawn LLP in place of

21  Michelle D. Kahn and Michelle J. Hirth of Sheppard, Mullin, Richter and Hampton LLP as its

22  counsel of record.  The contact information for new counsel is as follows:

23              Andrew P. Bridges (SBN: 122761)
                abridges@winston.com
24              Jennifer A. Golinveaux (SBN 203056)
                jgolinveaux@winston.com
25              WINSTON & STRAWN LLP
                101 California Street
26              San Francisco, CA  94111-5894
                Telephone:  (415) 591-1000
27              Facsimile:  (415) 591-1400

28                                        1

1
2  Dated: February 6, 2006                    WINSTON & STRAWN LLP
3
4                                      By:    /s/Andrew P. Bridges
                                                  ANDREW P. BRIDGES
5
                                              Attorneys for Plaintiff
6                                             BARE ESCENTUALS, INC.
7
8                                      **CONSENT TO SUBSTITUTION**
9       Sheppard, Mullin, Richter & Hampton LLP hereby consents to this substitution.
10
11 Dated: February 6, 2006              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12
13                                     By:    /s/ Michelle J. Hirth
                                                  MICHELLE J. HIRTH
14                                            Andrew P. Bridges hereby attests that he has he
                                              assent of Ms. Hirth to affix her electronic
15                                            signature to this document.
                                                                .
16
17                                             **ORDER**
18      Sheppard, Mullin, Richter & Hampton LLP and its attorneys Michelle D. Kahn and Michelle
19 J. Hirth are hereby relieved as counsel of record for Plaintiff.
20
21 IT IS SO ORDERED, this  13  day of   February              , 2006.
22
23                                              /s/ Ronald M. Whyte
                                              HON. RONALD M. WHYTE
24                                            United States District Judge
25
26
27
28
                                               2
   NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER
                              C 04-0173 RMW
SF:124383.2