| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| | Andrew P. Bridges (SBN: 122761) |
| 2 | Jennifer A. Golinveaux (SBN: 203056) |
| | Douglas M. Bria (SBN 226966) |
| 3 | 101 California Street, Suite 3900 |
| | San Francisco, CA 94111-5894 |
| 4 | Telephone: 415-591-1000 |
| | Facsimile: 415-591-1400 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | BARE ESCENTUALS, INC. |
| 7 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | Robert L. Sherman (*admitted Pro Hac Vice*) |
| 8 | 75 East 55th Street |
| | New York, NY 10022-3205 |
| 9 | Telephone: 212-318-6000 |
| | Facsimile: 212-318-6847 |
| 10 | |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 11 | Kevin C. McCann (SBN 120874) |
| | 55 Second Street, 24th Floor |
| 12 | San Francisco, California 94105-3441 |
| | Telephone: 415-856-7000 |
| 13 | Facsimile: 415-856-7100 |
| 14 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 4/19/06*

| | |
|---|---|
| BARE ESCENTUALS, INC., | Case No. C 04-0173 RMW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO STAY ALL DATES PERTAINING TO THE TRIAL CURRENTLY SET FOR OCT. 16, 2006 AND SETTING CASE MANAGEMENT CONFERENCE FOR MAY 26, 2006 |
| vs. | |
| L'OREAL USA, INC. and its LANCOME Division, | |
| Defendants. | JUNE 9, 2006 |

The parties to this action, by and through their respective counsel, hereby stipulate, agree and respectfully request that the pretrial schedule, together with the parties' obligations regarding the pretrial conference and trial date, as well as all other dates pertaining to the trial currently set for October 16, 2006, be stayed pending ongoing settlement negotiations.

On July 29, 2005, following a case management conference, the Court issued an order setting forth the following pretrial schedule:

| | |
|---|---|
| JURY TRIAL | October 16, 2006, 1:30 PM |
| Pretrial Conference | October 5, 2006, 2:00 pm |
| Joint Pretrial Statement | September 29, 2006 |
| Hearing on Dispositive Motions | September 1, 2006, 9:00 am |
| Discovery cutoff | June 15, 2006 |
| Expert Discovery Cutoff | July 14, 2006 |

On March 29, 2006 counsel for Bare Escentuals, L'Oreal and Lancôme conferred with regard to this matter. The parties believe there has been a possible unexpected breakthrough that makes it worthwhile to resume settlement discussions that had previously been abandoned. For that reason, they wish to focus exclusively on settlement efforts and believe that such efforts may lead to a successful resolution of this action in its entirety. The parties thus ask that the pretrial schedule, together with the parties' obligations regarding the pretrial conference and trial date, be stayed pending the settlement negotiations. The parties request a further case management conference on June 9, 2006 to set a new schedule if a settlement has not been consummated by then.

1

STIPULATION AND [PROPOSED] ORDER TO STAY ALL DATES PERTAINING TO THE TRIAL CURRENTLY SET FOR OCT. 16, 2006

SF:128453.9

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

| | |
|---|---|
| Dated: April 7, 2006 | WINSTON & STRAWN LLP<br><br>By: _____<br>Douglas M. Bria<br>Attorneys for Plaintiff<br>BARE ESCENTUALS, INC. |
| Dated: April 7, 2006 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br><br>By: _____<br>Robert L. Sherman<br>Attorneys for Defendants |

ATTESTATION OF CONCURRENCE

I, Douglas M. Bria, declare under penalty of perjury that concurrence in the filing of this document has been obtained from Robert L. Sherman, attorney for Defendants.

Date: April 7, 2006   By: _____
                              Douglas M. Bria

PURSUANT TO STIPULATION, IT IS ORDERED that the trial date in this matter, currently set for October 16, 2006, is stayed. The parties' obligations regarding the pretrial schedule and all other dates pertaining to the trial are stayed accordingly. A case management conference is set for June ~~2, 2006 at 9 a.m.~~   June 9, 2006 @ 10:30 a.m. Parties are to file a revised joint Case Management Statement by June 2, 2006.

Dated: ___4/17/06___   ___/s/ Ronald M. Whyte___
                                  THE HONORABLE RONALD M. WHYTE