WINSTON & STRAWN LLP
Andrew P. Bridges (SBN 122761)
Jennifer A. Golinveaux (SBN 203056)
Douglas M. Bria (SBN 226966)
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:     415-591-1000
Facsimile:     415-591-1400

Attorneys for Plaintiff
BARE ESCENTUALS, INC.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Robert L. Sherman (*admitted Pro Hac Vice*)
75 East 55th Street
New York, NY  10022-3205
Telephone:     212-318-6000
Facsimile:     212-318-6847

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Kevin C. McCann (SBN 120874)
55 Second Street, 24th Floor
San Francisco, CA  94105-3441
Telephone:     415-856-7000
Facsimile:     415-856-7100

Attorneys for Defendants


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**SAN JOSE DIVISION**          *\*E-FILED - 2/2/07\**

| | |
|---|---|
| BARE ESCENTUALS, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>L'OREAL USA, INC. and its LANCÔME Division,<br><br>        Defendants. | **Case No. C 04-0173RMW**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [] ORDER** |

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bare Escentuals, Inc. and Defendant L'Oreal USA, Inc. and its Lancôme Division stipulate to voluntary dismissal of this action without prejudice pursuant to the terms of the parties' settlement agreement.

The parties further stipulate, and request that the Court order, that the Court retain jurisdiction over the case for the purpose of enforcing, or adjudicating disputes arising from, the parties' settlement agreement.

Dated:  January 25, 2007                                  WINSTON & STRAWN LLP


By:    /s/  Andrew P. Bridges
       Andrew P. Bridges
       Jennifer A. Golinveaux
       Douglas M. Bria

       Attorneys for Plaintiff
       BARE ESCENTUALS, INC.


Dated:  January 25, 2007                                  PAUL, HASTINGS, JANOFSKY &
                                                          WALKER LLP


By:    /s/ Robert L. Sherman by Andrew P.
Bridges with Mr. Sherman's express
authorization

       Robert L. Sherman

       Attorneys for Defendants
       L'OREAL USA, INC. AND ITS
       LANCÔME DIVISION

## [] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the action is hereby dismissed without prejudice subject to the terms of the parties' settlement agreement.

PURSUANT TO STIPULATION, IT IS FURTHER ORDERED that the Court retains jurisdiction over matters contained in the parties' settlement agreement for the purpose of enforcing, or adjudicating disputes arising from, the parties' settlement agreement.

IT IS SO ORDERED.

Dated:  __2/2_____, 2007          _Ronald M. Whyte_____

THE HONORABLE RONALD M. WHYTE

C 04-0173 RMW
**STIP OF DISMISSAL WITHOUT PREJUDICE AND [] ORDER**
SF:152185.2